# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DESHON M. CARMOUCHE

NO. 2022 KW 1388

**MARCH 13, 2023**

---

In Re: Deshon M. Carmouche, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-08-0286.

---

**BEFORE:  THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.** This application appears to be filed in this court in the first instance. Relator should first seek relief in the district court.

**MRT**
**WRC**

**Hester, J.,** concurs and would deny the writ application on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_a.SnD_

---
DEPUTY CLERK OF COURT
FOR THE COURT